IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CLARENCE MERRILL | PLAINTIFF |
| v. | CAUSE NO. 1:14CV212-LG-JCG |
| OMEGA PROTEIN, INC. | DEFENDANT |

CONSOLIDATED WITH

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMEGA PROTEIN, INC., OWNER OF F/V FROSTY MORN FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | PETITIONER |
| v. | CAUSE NO. 1:14CV284-LG-JCG |
| ROBERT JOHN HOBDY; MICHAEL CLARENCE MERRILL | CLAIMANTS |
| and | |
| AMFED NATIONAL INSURANCE COMPANY | INTERVENOR |

DEFAULT JUDGMENT

BEFORE THE COURT is the Ex Parte Motion for Entry of Default Judgment filed by petitioner, Omega Protein, Inc. After review of the pleadings on file and relevant legal authorities, the Court hereby enters this Judgment of Default against all persons who have not heretofore filed timely claims in this matter. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the Ex Parte Motion for Entry of Default Judgment [42] is **GRANTED**. Judgment is hereby entered in favor of Omega Protein, Inc. with respect to any persons who have not

previously filed claims herein with respect to the January 20, 2014 incident alleged in the above-captioned matter.

**SO ORDERED AND ADJUDGED** this the 26th day of January, 2015.

_s/ Louis Guirola, Jr._
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE