IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CLARENCE MERRILL | PLAINTIFF |
| v. | CAUSE NO. 1:14CV212-LG-JCG |
| OMEGA PROTEIN, INC. | DEFENDANT |

CONSOLIDATED WITH

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMEGA PROTEIN, INC., OWNER OF F/V FROSTY MORN FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | PETITIONER |
| v. | CAUSE NO. 1:14CV284-LG-JCG |
| ROBERT JOHN HOBDY; MICHAEL CLARENCE MERRILL | CLAIMANTS |

and

| | |
|---|---|
| AMFED NATIONAL INSURANCE COMPANY | INTERVENOR |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Joint Unopposed Motion to Dismiss With Prejudice [97] is **GRANTED**. This case is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED** this the 26th day of January 2016.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge